NUMBER 13-02-649-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


BRADY PRICE WELLS, Appellant,


v.



ANNETTE GROSSMAN KLEIN, ET AL., Appellees.

___________________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Kennedy (1)


Opinion Per Curiam



 Appellant, BRADY PRICE WELLS, attempted to perfect an appeal from an order
entered by the 214th District Court of Nueces County, Texas, in cause number 01-2138-F. The judgment in this cause was signed on May 10, 2002. A timely motion
to reinstate/motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1,
appellant's notice of appeal was due on August 8, 2002, but was not filed until
November 12, 2002. Notice of this defect was given so that steps could be taken
to correct the defect, if it could be done. Appellant was advised that, if the defect
was not corrected within ten days from the date of receipt of this Court's letter, the
appeal would be dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Opinion delivered and filed this

the 13th day of February, 2003.
1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the
Supreme Court of Texas pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).